## Commonwealth *v.* McBurse, Appellant.

770

Submitted December 7, 1970.
*Abner H. Silver,* and *Silver, Miller & Silver,* for appellant; *Louis A. Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.